Form:ntc7clwd

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 17−57239−mlo
Chapter: 7

In Re: (NAME OF DEBTOR(S))
   Lewis Reed
   17267 Stahelin
   Detroit, MI 48219

Social Security No.:
   xxx−xx−6215

Employer's Tax I.D. No.:

### NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as Debtor(s) did not file Official Form 423, Certification About a Financial Management Course.

Dated: 6/26/18

                                          BY THE COURT

                                          Katherine B. Gullo , Clerk of Court
                                          U.S. Bankruptcy Court